HAFELIN v. SILVERMAN et al.

(City Court of New York, General Term.    March 19, 1895.)

REPLEVIN—UNDERTAKING—FILING NUNC PRO TUNC.
    Where defendant's affidavits in a proceeding to rebond the property are
    in compliance with the statute, the court may allow a new undertaking to
    be filed nunc pro tunc.

Appeal from special term.

Action by Arnold Hafelin against Louis Silverman and others.
From an order denying a motion to compel the delivery of the chattels replevied, plaintiff appeals.    Affirmed.

Argued before EHRLICH, C. J., and VAN WYCK and NEWBURGER, JJ.

P. P. Stafford, for appellant.
D. C. Myers, for respondents.

EHRLICH, C. J.    The affidavits on the part of the defendants on
the proceedings to rebond the property sufficiently complied with
the statute, and the court below had power to allow a new undertaking to be filed nunc pro tunc.    There was therefore no abuse of
discretion in the court below, and the order appealed from must be
affirmed, with costs.    All concur.